IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-02397-CMA-KLM

MARK BLAIR,

    Plaintiff,

v.

FRED LOYA INSURANCE COMPANY,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (DOC. # 23)**

---

    This matter is before the Court on the Recommendation of United States Magistrate Judge Kristen L. Mix, dated December 10, 2015, in which Magistrate Judge Mix recommends that this case be administratively closed pursuant to D.C.COLO.LCivR 41.2 and that the parties be ordered to file, within 30 days of issuance of a decision by the Colorado Court of Appeals, either: (1) a motion to reopen this case for good cause; or (2) a motion to voluntarily dismiss this case.  (Doc. # 23.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation.  (Doc. # 23 at 6.)  No objections to the Recommendation were filed.  "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate

reports. In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

After reviewing the Recommendation of Magistrate Judge Mix, the Court is satisfied that it is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). The Court agrees that the case should be administratively closed pursuant to D.C.COLO.LCivR 41.2. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Kristen L. Mix, filed December 10, 2015 (Doc. # 23), is AFFIRMED and ADOPTED; and it is

FURTHER ORDERED that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2; and it is

FURTHER ORDERED that the parties are to file, within 30 days of the issuance of a decision by the Colorado Court of Appeals, either: (1) a motion to reopen this case for good cause; or (2) a motion to voluntarily dismiss this case.

DATED: December 28, 2015          BY THE COURT:

                                  *Christine M. Arguello*
                                  ─────────────────────────
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge